DANIEL G. BOGDEN
United States Attorney
District of Nevada

SUNDEEP PATEL, CSBN 242284
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8981
Facsimile: (415) 744-0134
E-Mail: Sundeep.Patel@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA D. O'NEAL, | ) |
| Plaintiff, | ) Case No. 2:16-cv-00318-GMN-NJK ) |
| v. | ) **UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

    Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand from June 30, 2016 to July 29, 2016. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time. Defendant respectfully submits that the requested extension is needed to evaluate and respond to the issues raised in Plaintiff's Motion, to allow reassignment of the case to a new attorney, who will need to review the case file, and to

Motion for Extension of Time
Case No. 2:16-cv-00318-GMN-NJK

- 1 -

accommodate Defendant's counsel's workload and pre-planned leave.  This request is made in good faith with no intention to unduly delay the proceedings.

On June 21, 2016, counsel for Defendant conferred with Plaintiff's counsel, who does not oppose this motion.

                                        Respectfully submitted,

Dated: June 21, 2016              DANIEL G. BOGDEN
                                        United States Attorney

                                        By:   */s/ Sundeep Patel*
                                                SUNDEEP PATEL
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

OF COUNSEL TO DEFENDANT:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

MARGARET BRANICK-ABILLA
Assistant Regional Counsel

                                        IT IS SO ORDERED:

                                         _____
                                         HON. NANCY J. KOPPE
                                         UNITED STATES MAGISTRATE JUDGE

                                    DATED: June 22, 2016